RICHARD I. WIDEMAN, Esq.   (SB #41185)
1607 Mission Drive #202
Solvang, CA 93463
(805) 245-8916   FAX (805) 688-9424
riwlaw@gmail.com
LAW OFFICES OF KIRK B. FREEMAN
Kirk B. Freeman, Esq.   (SB # 99685)
Matthew A. Mallet, Esq.   (SB # 203393)
214 Grant Avenue #301
San Francisco, CA 94108
(415) 398-1082   FAX (415) 391-1285
kirk@kbflaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TEC-LUBE INDUSTRIES, INC, a corporation; FIL-TECH WEST, a corporation; <br><br> Defendants | No. C 07 1841 BZ <br><br> PRELIMINARY INJUNCTION |

It is hereby stipulated by and between plaintiff The TorrLube Company LLC and defendant Fil Tech West Inc dba Tec-Lube Industries, as follows:

Pending the determination by final judgment of this action, or order of the court, which ever shall first occur, defendant Fil Tech West Inc and its affiliates, agents, subsidiaries and related companies (including, but not limited to "Tec-Lube Industries") are enjoined and restrained from doing and shall not

1. Cause any advertising to be placed in which the advertisement claims, in words, substance or effect that "Tec-Lube" brand lubricants are "identical to" or "the same as" or "the same performance as" either "TorrLube" or "the leading brand"

2. Publish any statement in their own or other web sites on the internet which claims, in words, substance or effect that "Tec-Lube" brand lubricants are "identical to" or "the same as" or "the same performance as" either "TorrLube" or "the leading brand'

3. Adopt in or as a domain name, or encode in any header or any metatag the word "torrlube," or pay for placement with any web search engine, so as to cause their web site to appear as a search result, or provide a "link," when "TorrLube" is searched on the Internet.

This Injunction shall be in effect immediately and shall not require the posting of any bond. This injunction may be modified, cancelled or made permanent by an order of the Court either on motion or by stipulation.

The fact of this Injunction and the defendant's agreement to it shall not be construed as any admission of liability or wrongdoing.

THOMAS COOK, Esq.
Attorney for Fil Tech West, Inc.

RICHARD I. WIDEMAN, Esq.
and
LAW OFFICES OF KIRK B. FREEMAN.

BY: _____
RICHARD I. WIDEMAN, ESQ.
Attorneys for THE TORRLUBE COMPANY LLC

IT IS SO ORDERED this 25th day of July, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

2
PRELIMINARY INJUNCTION

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA