# ORIGINAL

1   RICHARD I. WIDEMAN, Esq.   (SB #41185)
    1607 Mission Drive #202
2   Solvang, CA  93463
    (805)245-8916   FAX (805) 688-9424
3   riwlaw@gmail.com
    LAW OFFICES OF KIRK B. FREEMAN.
4   Kirk B. Freeman, Esq.        (SB # 99685)
    Matthew A. Mallet, Esq.      (SB # 203393)
5   214 Grant Avenue #301
    San Francisco, CA  94108
6   (415) 398-1082   FAX (415) 391-1285
    kirk@kbflaw.com
7   Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO/OAKLAND DIVISION

11

12  THE TORRLUBE COMPANY, LLC,          )
                                        )   No.  C 07 1841 BZ
13       Plaintiff,                     )
                                        )
14  vs.                                 )   STIPULATION  FOR LEAVE TO FILE
                                        )   AMENDED COMPLAINT and ORDER
15                                      )   (Rule 15 a, FRCP)
    TEC-LUBE INDUSTRIES, INC, a         )
16  corporation; FIL-TECH WEST, a       )
    corporation;                        )
17                                      )
                                        )
18       Defendants                     )
                                        )
19                                      )

20

21       It is hereby stipulated by and between the parties hereto, by their respective counsel of

22  record, subject to the approval of the Court and pursuant to Rule 15(a), FRCP, that plaintiff The

23  TorrLube Company LLC may file its "Amended Complaint" in the form attached hereto which

24  "Amended Complaint" adds claims against Fil Tech Inc., a Massachusetts corporation, and certain

25  additional claims against Fil Tech West, Inc, and which deletes "Tec-Lube Industries Inc" as a

26  named defendant.  These changes are in the interests if justice and will promote the efficient

27  administration of justice and the resolution of the disputes in this matter and are not intended to

28

STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT  and ORDER

1  delay the proceedings; the changes correct matters that have come to plaintiff's attention during
2  initial disclosures and that are raised in the responsive pleadings on file.

3      It is further stipulated that Fil Tech West Inc.'s previously filed Answer shall be deemed a
4  sufficient response to this Amended Complaint and that any new allegations against Fil Tech West
5  Inc shall deemed to be denied.

6

7  Dated:  July 20, 2007

8
9
                                        _____
10                                       THOMAS COOK, Esq.
                                        Attorney for DEFENDANT Fil Tech West Inc.
11
12                                  RICHARD I. WIDEMAN, Esq.
                                            and
13                                  LAW OFFICES OF KIRK B. FREEMAN.

14
                                    BY: _____
15                                       RICHARD I. WIDEMAN, ESQ.
16                                       Attorneys for PLAINTIFF The Torrlube Company LLC

17                                      **ORDER**
                                         August
18
19  IT IS SO ORDERED this __7th__ day of ~~July~~, 2007

20
    _____
21  BERNARD ZIMMERMAN,
22  United States Magistrate Judge

23
24
25
26
27
28

                                          2

ORIGINAL

1  RICHARD I. WIDEMAN, Esq.   (SB #41185)
   1607 Mission Drive #202
2  Solvang, CA  93463
   (805)245-8916   FAX (805) 688-9424
3  riwlaw@gmail.com
   LAW OFFICES OF KIRK B. FREEMAN.
4  Kirk B. Freeman, Esq.        (SB # 99685)
   Matthew A. Mallet, Esq.      (SB # 203393)
5  214 Grant Avenue #301
   San Francisco, CA  94108
6  (415) 398-1082  FAX (415) 391-1285
   kirk@kbflaw.com
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO/OAKLAND DIVISION

11

12  THE TORRLUBE COMPANY, LLC,          )
                                        )
13          Plaintiff,                  )      [Proposed] AMENDED
                                        )      COMPLAINT – DAMAGES, TREBLE
14  vs.                                 )      DAMAGES, and INJUNCTIVE RELIEF FOR
                                        )      VIOLATION OF LANHAM ACT (False
15  FIL-TECH WEST, a corporation; TEC-  )      Advertising) AND UNFAIR TRADE
16  LUBE INDUSTRIES; FIL TECH INC.,     )      PRACTICES (California B & P Code 17200) and
17  a corporation                       )      COMMON LAW UNFAIR COMPETITION
                                        )
18          Defendants                  )      DEMAND FOR JURY TRIAL
                                        )
19  _____)

20

21       Plaintiff, The TorrLube Company LLC, for its causes of action against Defendants, alleges

22  as follows:

23                 ALLEGATIONS COMMON TO ALL COUNTS

24  1. At all times herein relevant and at the present time, plaintiff The TorrLube Company LLC

25     ("TorrLube LLC" herein) was and now is a valid California Limited Liability Company with

26     its principal place of business in Santa Barbara, California. TorrLube LLC is the owner of

27     the registered trademark "TorrLube" for certain specialized lubricants used in high vacuum

28

                              – 1 –

situations. Under this trademark, TorrLube LLC sells lubricants throughout the United States in interstate commerce and in California.

2. Defendant Fil-Tech West Inc ("FTW" herein) is a corporation with its principal place of business in Pleasanton, California (Alameda County) and in the Northern District of California.  Plaintiff is informed and believes, and thereon alleges, that "Tec-Lube Industries" is a wholly owned subsidiary of FTW, which also has its principal place of business at the same location and in the Northern District of California.  Plaintiff is informed and believes that FTW created its Tec-Lube subsidiary in 1998 for the sole purpose of competing with TorrLube's lubricants (then owned and sold by TorrLube LLC's predecessor).

3. Defendant Fil Tech Inc. ("FTI") is a corporation with its principal place of business in Boston, Massachusetts.  Plaintiff is informed and believes, and thereon alleges, that FTI and FTW are related by contract or contracts in some way not known to plaintiff, that FTW acts as an exclusive distributor for FTI and that FTI acts as an exclusive distributor for FTW and Tec-Lube brand products.

4. FTW and FTI advertise and sell lubricants that compete with Torrlube lubricants in commerce throughout the United States and in California under the "Tec-Lube" brand.

5. In the mid-1970's, TorrLube LLC's predecessor began testing and utilizing a lubricant made by DuPont (marketed for other purposes by DuPont) in machines operating in a high vacuum environment in the manufacture of integrated circuits and other high vacuum processes and, in or about October 1982, began selling such lubricants for said uses under the "TorrLube" brand and trademark.

6. "TorrLube" is a registered trademark (originally registered to plaintiff's predecessor at #1,227,763 in May, 1984 – first use, October, 1982 - and "issued" as #1,869,190 on December 27, 1994), declaration of continued use ("incontestability") under sections 8 and 15 was filed in December 2000.  Said trademark is now owned by plaintiff The TorrLube Company, LLC (assignment to plaintiff recorded on January 18, 2000 as Reel 002019, frame 0261).

7. At all times herein relevant, TorrLube has been and now is recognized as the "industry leader" with respect to providing such lubricants.

8. Prior to 2002, both TorrLube, under its "TorrLube" trademark, and FTI and FT, under the Tec-Lube brand, sold what TorrLube LLC is informed and believes is essentially the same product, DuPont Krytox 143 AD oil, which each packaged and sold under its own "brand."

9. In 2002, TorrLube LLC obtained (from the developer and sole manufacturer) the exclusive right to sell in the United States and North America, and began to sell, a greatly improved lubricant (Krytox TLC lubricant) for use in high vacuum applications; in 2005 it began selling that TLC lubricant exclusively under its "TorrLube" brand and trademark.

JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction because this matter arises under 15 USC section 1125 (a) which provides for a civil action against any person who, "in connection with any goods or services, or in any container for goods, uses in commerce any word, term, name, symbol or devise, or any combination thereof…or any false or misleading description of fact, or false or misleading misrepresentation of fact which (A) is likely to cause…mistake, or to deceive as to the…approval of his or her goods, services or commercial activities, or (B) in commercial advertising….misrepresents the nature, characteristics, qualities…of his or her or another person's goods, services or commercial activities, shall be liable in a civil action by any person that he or she is likely to be damaged by such act."

This action also is brought under 28 USC 1114 and 15 USC 1116 (injunctive relief) and 15 USC 117 (damages and attorneys fees).

11. This Court has jurisdiction of the Lanham Act claims in Count One, Two and Three under 28 USC 1338 (a)and over the state law (Unfair Competition) claims in Count Two (partially) and Counts Four and Five under 28 USC 1338 (b) and 1367 (a).

12. This Court has personal jurisdiction over defendant FTW (individually and doing business through its subsidiary, "Tec-Lube Industries") because FTW is a California corporation that has its principal place of business in this State and in this District.  Venue is proper in this District pursuant to 28 USC section 11391 (b)(1) and (2) because defendant FTW and its

subsidiary, "Tec-Lube Industries" reside in this District and because a substantial part of the acts on which plaintiff's claims are based occurred in this District.

13. This Court has personal jurisdiction over defendant FTI because FTI purchases Tec-Lube brand lubricants in this district pursuant to a distributorship and other agreements entered into in this District and because it advertises throughout the United States on the internet and specifically in this district.  The acts of FTI complained of herein are intended to, by FTI, and do have an adverse affect on plaintiff in this State and in this district.

## INTRADISTRICT ASSIGNMENT

14. Pursuant to Local Rule 3-2 (c), assignment to the San Francisco/Oakland division is appropriate because defendant FTW resides in Alameda County, because all "Tec-Lube" brand lubricants are initially sold from Alameda County and because a substantial amount of the events which give rise to plaintiff's claims occurred in Alameda County.

## FIRST COUNT
[Damages under 28 USC 1117 for Violation of Lanham Act]

15. TorrLube LLC is informed and believes that FTW and FTI are both now selling Krytox 143 AD based lubricants under the "Tec-Lube" brand.  The lubricants FTI and FTW have been selling since 2005 and are now selling under the Tec-Lube brand are not "identical to" or "the same as" the TLC lubricant being sold by TorrLube LLC under its "TorrLube" brand and trademark and do not perform the same or have the same characteristics. The Tec-Lube brand lubricants sold by FTI and FTW are inferior to and do not perform as well under high vacuum conditions as the TLC lubricants sold by The TorrLube Company LLC under its "TorrLube" brand and trademark.

16. FTI and FTW have undertaken an extensive advertising campaign in trade publications and on the internet in which they falsely claim, in advertising for Tec-Lube brand lubricants sold by them, that the lubricants they are selling under the Tec-Lube brand is "identical to" and "the same as" lubricants sold under the TorrLube brand and trademark by TorrLube LLC.

- 4 -

In truth and in fact, the lubricants sold by FTI and FTW under the Tec-Lube brand are not the same and are not identical to the lubricants sold by TorrLube under the TorrLube brand and trademark and are inferior to and do not have the same characteristics in high vacuum use as the lubricants sold by plaintiff under the "TorrLube" brand and trademark.

17. Notwithstanding that difference between the lubricants sold by FTI and FTW under the Tec-Lube brand and "TorrLube" lubricants, FTI and FTW now and in the last 6 months have advertised Tec-Lube's lubricant as follows and in other manners and at other locations and publications known to defendants and not known to plaintiff including on the internet as set forth in par. 23 through 27, herein below, which are incorporated herein by this reference:

   A. "If you are currently using the leading lubricant for your high vacuum applications, consider this: **Tec-Lube is the identical lubricant and sells for 20% less**" [bold typeface in original]– Vacuum Technology & Coating Magazine – January, 2007 [Exhibit A hereto]

   B. "If you are currently using the leading lubricant for your high vacuum applications, consider this: **Tec-Lube is the identical lubricant and sells for 20% less**" [bold typeface in original]. – Vacuum Technology & Coating Magazine – February, 2007 [Exhibit B hereto]

   C. "If you are currently using the leading lubricant for your high vacuum applications, consider this: **Tec-Lube is the identical lubricant and sells for 20% less**" [bold typeface in original]. – Vacuum Technology & Coating Magazine – March, 2007 [Exhibit C hereto]

   D. "If you are currently using TorrLube for your high vacuum semiconductor applications, consider this: Tec-Lube is the identical lubricant and sells for 20% less." "Tec-Lube is guaranteed to provide identical performance to the industry leader, TorrLube." Tec-Lube website – copyright in 2006 – accessed on February 28, 2007 [Exhibit D hereto]

   E. "What you should know about Tec-Lube.
      Is there a difference between Tec-Lube and TorrLube?

Tec-Lube is guaranteed to provide the same performance as TorrLube. It is the identical lubricant. The only difference in the lubricants is the price." Tec-Lube website (FAQ page) – accessed on February 27, 2007 [Exhibit E hereto].

F. "If you are currently using TorrLube for your high vacuum semiconductor applications, consider this: Tec-Lube is the identical lubricant and sells for 20%..." [Google web search for "Tec-Lube" on February 28, 2007 – Exhibit F hereto].

18. On January 11, 2005, plaintiff demanded that the claims (on FTI's web site) that Tec Lube was "identical" and was "guaranteed to and would perform identically to TorrLube" be removed from FTI's web site. FTI and FTW refused to do so and said that since they had sold the identical product as TorrLube's predecessor sold in 1998, they could and would continue to claim that the lubricant they sold under the Tec-Lube brand was "identical" to the lubricant now being sold by Plaintiff. Prior to filing this action, plaintiff again demanded that defendants, and each of them, cease their false advertising as described above. Defendants indicated that they intended to continue to falsely advertise that Tec-Lube provided the "identical performance" as lubricants sold by plaintiff under the "TorrLube" brand and trademark.

19. As a result of said false claims by FTW and FTI concerning the nature and characteristics of lubricants they sell under the Tec-Lube brand and the lubricants sold by The TorrLube Company LLC under its "TorrLube" brand and trademark, plaintiff has been injured and damaged in amounts not now known to it but which are readily ascertainable and which consist of the total sales of Tec-Lube lubricants from 2005 until the date FTI and FTW cease claiming that they are selling the "identical lubricant for 20% less" and cease making claims that the lubricants sold by them are "identical" to lubricants sold by Plaintiff under the "TorrLube" brand and trademark. In addition to such sales, the reputation of plaintiff as "the industry leader" and the value of its trademark "TorrLube" has been injured and damaged due to inferior or unsatisfactory performance of Tec-Lube brand lubricants which are falsely advertised as having "identical" characteristics as TorrLube brand lubricants

when, in fact, said lubricants are inferior to and do not perform the same as or identical to lubricants sold under the "TorrLube" brand and trademark.

20. Under 28 USC section 1117(a), plaintiff is entitled to recover defendants' profits, and to recover any damages sustained by the plaintiff and its costs of suit. Under 28 USC section 1117 (b), the amounts of actual damages should be tripled. The Court may also award attorneys fees to plaintiff.

SECOND COUNT
[Damages under 28 USC 1117 for Violation of Lanham Act and for
Restitution under State Law by "coding" to Plaintiff's domain name]

21. Plaintiff hereby incorporates paragraphs 15 through 19, inclusive herein as though set forth in full at this point.

22. In addition to the above false advertisements and false claims, Tec-Lube and Fil-Tech West have caused their web-sites and the domain name "Tec-Lube" to be "coded" in such a way that internet search engines will refer to Tec-Lube's product and web site when "TorrLube" (plaintiff's domain name) is searched.

23. As a result of that improper conduct, a "Google search" of "TorrLube" results in the following (as the fourth "result"), "Tec-Lube Industries (866)651-8200. Tec-Lube is guaranteed to provide the same performance as TorrLube." A true copy of a "Google search" for "TORRLUBE" on March 6, 2007 is Exhibit G hereto. Plaintiff is informed and believes that the phone number listed is FTW's phone number.

24. A "Google search" for TorrLube on July 14, 2007 resulted in (as item #15) a reference to FTI's web site with the following language: "Tec-Lube in guaranteed to provide identical performance to the industry leader, TorrLube..." A true copy of that search is Exhibit G – 1 hereto. The same search also refers to FTI (as result # 22) as follows: "FilTech offers Tec-Lube TM, the same lubricant as TorrLube at 10% savings." A true copy of that search result is Exhibit G – 2.

25. Similarly, a search on "Ask.com" for "torrlube" results in the **first response** being "Tec-Lube: Better Choice.  Identical Lubricant 20% cost savings."  A true copy of Ask.com search result on March 7, 2997 is Exhibit H hereto.

26. As result of said improper conduct by defendants, and each of them, a search of "TorrLube" on Yahoo brings up both "Fil-Tech West." (item No. 9) and "Tec-Lube Lubricant.  Tec-Lube – The affordable alternative to TorrLube ™…guaranteed to provide identical performance to the industry leader, TorrLube ™" - A true copy of a Yahoo search result on March 25, 2007 is Exhibit I hereto.

27. As a result of the continued improper conduct of defendants, a search on Microsoft "live search" on July 13, 2007 for "torrlube" retrieved, as the 6th and 7th results, references to the FTW web site together with the following: "Tec-Lube is guaranteed to provide the same performance as TorrLube".  A true copy of that search result is Exhibit J

28. The acts of causing Tec-Lube to be a result on a search for "TorrLube" is a separate improper and invalid use of plaintiff's trademark and domain name and constitutes both cyber-piracy and unfair competition and also false designations of origin, false descriptions, false advertising and internet deception in violation of the prohibition in the Lanham Act (15 USC section 1125) and of false, untrue, misleading and deceptive advertising in violation of California law (Business & Professions Code section 17200 *et seq.*).

29. Plaintiff has been injured and damaged in amounts not known to it by reason of sales by FTI and FTW of Tec-Lube brand lubricants to customers who saw advertisements for the "identical lubricant" as TorrLube at 10% or 20% less money.  In addition to such sales, the reputation of plaintiff as "the industry leader" and the value of its trademark "TorrLube" has been injured and damaged due to inferior or unsatisfactory performance of Tec-Lube brand lubricants which are advertised as having "identical" characteristics as TorrLube brand lubricants when, in fact, said lubricants are inferior to and do not perform the same as or identical to lubricants sold under the TorrLube brand and trademark.

30. Said damages under the Lanham Act consist of the actual sales, by defendants of Tec-Lube brand lubricants since 2002 (said amount is also "restitution" under California B & P Code

17200) and that such damages be tripled under the Lanham Act.   Plaintiff is also entitled to its attorneys fees under the Lanham Act.

## COUNT THREE
[Injunction under 28 USC 1116]

31. Plaintiff hereby incorporates paragraphs 15 through 19, inclusive, and 22 through 28, inclusive, herein as though set forth in full at this point.

32. On January 11, 2005, plaintiff wrote to FTI and demanded that the claim on the Tec-Lube web site that "your knock-off product, Tech-Lube [*sic*] is GUARANTEED to perform identically to TorrLube" be removed because that claim "cannot be substantiated." Again, in 2007, plaintiff contacted FTW and indicated that its claims that Tec-Lube was "the identical lubricant to TorrLube" was false.  In response to these notifications,, FTW and FTI said that because the lubricants they sold as "Tec-Lube"  in 1998 were the same as the lubricant then sold by TorrLube, they could and would continue to claim that and would continue to advertise that "Tec-Lube is the identical lubricant [to TorrLube]".   Since being contacted by plaintiff, both FTI and FTW have caused the advertising described above and in other advertising known to defendants and not to plaintiff to be placed and published and has caused their web sites and the web site for "Tec Lube" to be "coded" and designed in such a manner so as to become a "result" when one searches for "TorrLube" on commonly used internet search engines and has continued to assert false claims on its web-site.  Unless enjoined and restrained from so doing, FTW and FTI has continued and will continue to so advertise falsely that Tec-Lube lubricant  is "identical" to TorrLube, when, in fact, it is not.

33. Unless a preliminary injunction is issued enjoining and restraining Tec-Lube and Fil Tech West, and each of them, and their successors, assigns, parents, subsidiaries, agents and representatives, the said parties and entities will continue to falsely advertise lubricants sold under the Tec-Lube brand as being "identical" to TorrLube brand lubricants and will continue to use coding to have their web site and the above false claims be a result when

"TorrLube" is searched on commonly used internet search engines. Said relief is authorized pursuant to 15 USC 1116.

34. Said injunction should be made permanent.

## COUNT FOUR
[Restitution and Injunction for Unfair Competition
under California B & P Code 17200]

35. Plaintiff hereby incorporates paragraphs 15 through 19, inclusive, and 22 through 28,, inclusive, herein as though set forth in full at this point.

36. Said conduct, by defendants, and each of them, is in violation of California Bus & Prof. Code section 17200 *et seq* (unfair competition) in that it constitutes "unfair, deceptive, untrue and misleading advertising."

37. Pursuant to B & P Code section 17203, Plaintiff is entitled to a preliminary and permanent injunction against defendants, and each of them, and their successors, assigns, parents, subsidiaries, agents and representatives  enjoining and precluding defendants, and each of them and their successors, assigns, parents, subsidiaries, agents and representatives from advertising in any way that lubricants sold by them under the Tec-Lube brand is "identical" to or has the same properties as lubricants sold under the TorrLube brand and trademark and from coding their web site in such a way as to have their web site be shown as a result when TorrLube is searched on commonly used internet search engines.

38. In addition, plaintiff is entitled to recover, as and for restitution, the money realized by defendants, and each of them, as a result of their conduct described above, consisting of their sales of Tec-Lube brand lubricants since 2005 which have been made as a result of said unfair competition (false, untrue, misleading and deceptive advertising and web search results).

COUNT FIVE
[Damages for Common Law "Unfair Competition"]

39.    Plaintiff hereby incorporates paragraphs 15 through 19, inclusive, and 22 through 28,, inclusive, herein as though set forth in full at this point.

40.  Said conduct of Defendants, and each of them, constitutes a wrongful exploitation of plaintiff's trade name and trademark, "TorrLube" (by claiming to be selling the "identical" product), has created competitive injuries to Plaintiff and constitutes common law "unfair competition" under the laws of the State of California.

41.  Plaintiff has been injured and damaged in amounts not known to it by reason of sales of Tec-Lube to its potential customers who believed that they were buying the "identical lubricant" as TorrLube at 10% or 20% less money and by damages to its reputation because persons dissatisfied with the performance of lubricants sold by defendants as being "identical" to and "guaranteed to perform" identical to "TorrLube" lubricants when, in fact, the lubricants sold by defendants under the Tec-Lube brand are not identical and have inferior performance characteristics.  Said damages consist of the actual sales by defendants of Tec-Lube brand lubricants since 2005 and such other and further damages as may be found, subject to proof.

WHEREFORE, plaintiff prays that judgment be entered in its favor and against defendants, and each of them, as follows:

1.  For damages, costs and attorneys fees under the Lanham Act;

2.  That said damages be tripled;

3.  For restitution of all moneys obtained by defendants as a result of their false and deceptive business practices under California B & P Code 17200 *et seq.*;

4.  For damages under common law "unfair competition" for all competitive injuries suffered by Plaintiff as a result of defendants' conduct as described herein;

5.  For a temporary injunction enjoining and restraining defendants, and each of them, and their successors, assigns, parents, subsidiaries, agents and representatives from falsely advertising lubricants sold under the Tec-Lube brand as being "identical" to TorrLube

- 11 -

brand lubricants (or in any way conveying the impression that the lubricants they sell are the same or "identical" to TorrLube brand lubricants) and from continuing to use coding to have their web site and the above false claims be a result when "TorrLube" is searched on commonly used internet search engines.

6. That said injunction be made permanent.

7. For costs of suit and such other relief as may be just and proper.

Dated: July 20, 2007

RICHARD I. WIDEMAN, Esq.
and
LAW OFFICES OF KIRK B. FREEMAN.

BY:

RICHARD I. WIDEMAN, ESQ.
Attorneys for THE TORRLUBE COMPANY LLC

## DEMAND FOR JURY TRIAL

**Plaintiff hereby demands a jury trial as provided by Rule 38 (b), FRCP.**

Dated:  July 20, 2007

RICHARD I. WIDEMAN, Esq.
and
LAW OFFICES OF KIRK B. FREEMAN.

BY:

RICHARD I. WIDEMAN, ESQ.
Attorneys for THE TORRLUBE COMPANY LLC

Exhibit

A



If you are currently using the leading lubricant for your high vacuum semiconductor applications, consider this: **Tec-Lube is the identical lubricant and sells for 20% less.**

**We want you to make the switch. We are ready to send you a free sample syringe of Tec-Lube.**

Go to your computer now, click on our website, click for a free syringe, and start saving 20%. We offer volume discounts for distributors and resellers.

**Tec-Lube Industries**
**Pleasanton, CA 94588**
**(866) 651-8200**
**(925) 251-8205 Fax**

**www.Tec-Lube.com**

42



**Figure 5.** Load scanner translation for wear/friction testing.

extend the lifetime of components well beyond that supplied by single layers. **Figure 3** shows a SEM of a CrN/NbN superlattice and **Figure 4** shows the extension in the life of a carbide tool coated with a TiAlYN/VN superlattice compared to single layer TiCN [3].

As with all areas of technology, it is necessary to test the tribological coatings before they are applied to functional components. Widely used test are

- Load scanner
- Hardness (discussed in previous issue)
- Lubricity
- Sliding speed

The load scanner test involves sliding two crossed cylindrical specimens across each other with a constantly varying load, as shown in **Figure 5**. The parts can be uncoated, coated, lubricated or dry. The load increases in the forward direction and decreases in the reverse direction. This sequence can be cycled until failure occurs. As many as 15000 sliding cycles have been used. Damage is then assessed at each contact distance, and 3-D maps of friction vs load are compiled.

The load scanner can also be used to assess the running-in properties of a lubricated substrate. **Figures 6 a and b** shows the coefficient of friction plotted against load and number of cycles for a steel on steel and then DLC coated steel cylinder rubbing against an uncoated steel cylinder [7]. The advantage of using DLC is obvious.

The sliding speed test directly determines the level of lubrication and involves a cylinder rotating against a flat. This set up simulates a cam regulated valve. As expected, the coefficient of friction depends on the coating material used and the sliding speed. Some of the materials with lowest coefficients are Al-bronze, MoS$_x$, TaC and DLC.



**Figure 6a and 6b.** Coefficient of friction for steel/steel and DLC/steel/steel [7].

Organic materials can also possess useful tribological properties. For example, PTFE (Teflon®) coatings are used extensively on cookware, saw blades, and medical instruments. These materials, however, are very soft and must be treated with care.

**References:**

1. Milton Ohring, *Engineering Materials Science*, Academic Press, San Diego (1995).
2. S. Jacobson and S. Hogmark, Proceedings of the 45th Annual Technical Conference of the Society of Vacuum Coaters (2002) 393 – 401.
3. P. Eh. Hovsepian, D. B. Lweis and W. D Munz, Surface & Coatings Technology, 133-134 (2000) 166 – 175.
4. C. Morant,; Prieto, P.; Form, A.; Picas, J. A.; Elizalde, E.; Sanz, J. M., Surface and Coatings Technology (2004), 180-181(Complete), 512-518.
5. Bernd Schultrich, New hard coatings by nanotechnology. Jahrbuch Oberflaechentechnik (2003), 59 128-136.
6. X. T. Zeng, Surface & Coatings Technology 113 (1999) 75 – 79.
7. S. Hogmark, S. Jocobson and O. Vingsbo, ASM Handbook Vol. 14, Sectoin III-Wear, Ch. 21 (1992) 176 – 183.

EXHIBIT A

Exhibit

B

File View TOC Shortcuts Search 12/13 of 112 92%

demonstrates how the substrate degrades ZT of a thin film. ZT of the film/substrate system is plotted against substrate thickness, with the intrinsic (no substrate) ZT of the thin film as 3.2. However, this value is never achieved because the thermal conductance of the substrate dominates for all realistic substrate thicknesses. The ZT of film/substrate system will never approach the intrinsic ZT of the film for Si substrates, and not much better for $SiO_2$ substrates. The only hope for success is to use a substrate with very low thermal conductivity, such as a polymer (κ ~ 0.001 W/cmK), and this presents its own problems. The optimum situation is to release the thin film from the substrate but again this presents other problems. Thin films are mechanically weak and stress can easily fracture them. The release process may also degrade or destroy the film.

There has been some success with a few low dimensional structures. At PNNL we have deposited thin films with promising thermoelectric properties (I cannot identify materials due to IP considerations) on low thermal conductivity polyimide substrates. High quality PbTe/PbSeTe superlattices have been deposited by RTI by molecular beam epitaxy (MBE)[8]. The thermoelectric and electric properties were found to depend critically on layer thickness. Thicknesses ~ 20 - 50 nm worked the best. The films were deposited onto expensive GaAs substrates and released using a chemical process. ZT ~ 2 has been achieved for these superlattices at 550 K. Thermoelectric devices (next month's topic) developed with these superlattices demonstrated very promising cooling performance. Cooling devices were able to pump heat fluxes up to 700 W/cm² with localized cooling and heating rates 23,000 faster than bulk devices with bulk materials.

PbTe/PbSeTe quantum dot structures have demonstrated ZT~2 at 550 K [9]. Figure 6 shows the quantum dot array.

easured VS Substrate Thickness
ZT(actual) = 3.84
10 Micron Film
Insulator, k=.001
asured
Glass Substrate
Si Substrate
10
100
1000

Now there is a choice.

If you are currently using the leading lubricant for your high vacuum semiconductor applications, consider this: Tec-Lube is the identical lubricant and sells for 20% less.

We want you to make the switch. We are ready to send you a free sample syringe of Tec-Lube.

Go to your computer now, click on our website, click for a free syringe, and start saving 20%. We offer volume discounts for distributors and

..., which is slow and expensive. PECVD processes are now being explored for deposition of the superlattices.

To date, thin film and quantum well structures have not yet lived up to expectations, probably because we do not understand all the nuances involved in deposition and issues involved in achieving these complex structures. Cost is also one of the big questions for extensive development of these materials, thin films in particular. The materials and process equipment aren't cheap. Costs can be projected to be less than $0.10/W in ten years, but the way the price of oil keeps skyrocketing, thermoelectric power generation and waste heat recovery may look very attractive by then.

I will complete our discussion on thermoelectric energy conversion next month with a description of thermoelectric power generating and cooling devices and systems.

Reference

1. J. Bass, Presented at the 2004 DEER Conference, San Diego, CA August 2004.
2. L.D. Hicks and M.S. Dresselhaus, "Effect of Quantum-well Structures on the Thermoelectric Figure of Merit," Phys. Rev. B, 47, 12727(1993).
3. M S Dresselhaus et al, Proceedings of the Conference "Chemistry, Physics, and Materials Science of Thermoelectric Materials: Beyond Bismuth Telluride"(2002).
4. Manijeh Razeghi, Fundamentals of Solid State Engineering, Kluwer Academic Publisher (2002).
5. T.C. Harman, P. J. Taylor, M. P. Walsh, B. E. LaForge, Science (Washington, DC, United States) (2002), 297(5590), 2229-2232.
6. Hi-Z
7. G.S. Nolas, J. Sharp, and H. J. Goldsmid, Thermoelectrics Basic Principles and New Materials Developments, Springer, Berlin

The only ... interface ... controlle...
Fastest c...
Smaller foot...
Greater cap...
One design ... internationa... standards

Telemark manufacturing in-chamber an... for coating sys... service, spare... refrigerant g... brands of cryo...

Exhibit

C



Exhibit

D

TEC-LUBE INDUSTRIES

(866) 651-8200

Home | Sales Opportunities | FAQ | Contact Us

About Us Tec-Lube Packaging/Pricing Specifications Applications Support Order

# TEC-LUBE

Place an Order

TEC-LUBE

## PROVIDING A QUALITY, COST-EFFECTIVE ALTERNATIVE

Tec-Lube 1 cc Syringe
Tec-Lube 2 x 60 cc Bottles

Tec-Lube Specifications

If you are currently using TorrLube for your high vacuum semiconductor applications, consider this: Tec-Lube is the identical lubricant and sells for 20% less.

### Switch to Tec-Lube

Tec-Lube offers high performance lubrication at a cost savings of 20%. Tec-Lube is guaranteed to provide identical performance to the industry leader, TorrLube. See the Tec-Lube specifications.

Tec-Lube is the ideal lubricant for use in high vacuum semiconductor applications. Tec-Lube offers a low outgassing rate, chemical inertness and non-flammability. Tec-Lube is an excellent lubricant under severe operating conditions. Tec-Lube performs well under heavy loads, at high speeds and at elevated temperatures.

Tec-Lube provides superior lubrication for valve and O-ring seals, bearing surfaces, and rotating or sliding vacuum components under extreme operating conditions.

### Exceptional chemical inertness

Like TorrLube, Tec-Lube shows remarkable chemical inertness. No evidence of reactivity was observed between Tec-Lube and boiling sulfuric acid, fluorine gas at 200 °C, chlorine trifluoride at 10-50° C, molten sodium hydroxide or any of the following at room temperature: ethyl alcohol, hydrazine, aniline or nitrogen tetroxide.

Like TorrLube, Tec-Lube does not interact to contaminate semiconductor devices being processed in a system with free radicals such as NA++.

### A clean solution

Tec-Lube is a lubricant you can depend on. Tec-Lube is put into syringes and bottles using clean room criteria. It is shipped in clean packages, with no leaks, no contaminants.

### Choose from a variety of sizes

Tec-Lube is available in a 1cc syringe for small applications such as research, prototyping or small-scale manufacturing or in 60cc bottles for larger scale manufacturing.

Home | About Us | Tec-Lube | Packaging/Pricing | Specifications | Applications | Support | Sales Opportunities | FAQ | Order | Contact Us

Copyright © 2006 | Fil-Tech West Inc. | www.Tec-Lube.com | All rights reserved.

> Web Design by, C33 Interactive <

EXHIBIT D

Exhibit

E



Home | Sales Opport

About Us        Tec-Lube        Packaging/Pricing        Specifications        Applications        Support

FAQ





Plac

TEC

PROVIDING A QUALITY, COST-EFFECTIVE ALTERNATIVE

## What you should know about Tec-Lube

**Is there a difference between Tec-Lube and TorrLube?**

Tec-Lube is guaranteed to provide the same performance as TorrLube. It is the identical lubricant. The only difference in the lubricants is price.

**Where is Tec-Lube used?**

Tec-Lube is the perfect lubricant for O-rings, Quad-rings, ball bearings, slide rods, vacuum seals, valves, gear cogs, robot shafts and joints. Tec-Lube is a superior lubricant for both vacuum and atmospheric conditions.

**What is the shelf life of Tec-Lube?**

If the package is unopened and stored in a clean, dry place, the shelf life is indefinite.

**If a Tec-Lube product is ordered today, when will it ship?**

Orders received before 4:30 P.M. Pacific Standard Time can usually be shipped the same day.

**Does Tec-Lube Industries offer volume discounts?**

EXHIBIT

E

Exhibit

F

Tec-Lube - Google Search

riwlaw@gmail.com | My Account | Sign out

Google

Web   Images   Video   News   Maps   more »

Tec-Lube

[ Search ]   Advanced Search
Preferences

## Web

Results **1 - 10** of about **319** for **Tec-Lube**. (0.12 seconds)

Did you mean: **Tech**-Lube

Sponsored Links

**Tec-Lube: Better Choice**
Identical Lubricant
20% Cost Savings!
www.**tec-lube**.com

## Fil-Tech Category Search Results

LVP-1.75, Krytox Grease, LVP, .8 Kg cartridge. LVP-2, Krytox
Grease, LVP, 56.7 g. LVP-8, Krytox Grease, LVP, 227 g.
TL001, **Tec-Lube** 1cc Syringe ...
www.filtech.com/p/QICategories.asp?
QCategories=URL010000000109 - 15k -
Cached - Similar pages

## Tec-Lube Industries - (866)651-8200

If you are currently using TorrLube for your high vacuum semiconductor applications,
consider this: **Tec-Lube** is the identical lubricant and sells for 20% ...
www.**tec-lube**.com/**tec-lube**.html - 14k - Cached - Similar pages

### Tec-Lube Industries - (866)651-8200

**Tec-Lube** is guaranteed to provide the same performance as TorrLube. ... **Tec-Lube** is
a superior lubricant for both vacuum and atmospheric conditions. ...
www.**tec-lube**.com/faq.html - 13k - Cached - Similar pages

## Tec-Lube Two 60 cc Bottles Vaccum Lubricant

This package contains two 60cc bottles of **Tec-Lube**. Each bottle comes with a luer lock
cap and a selection of blunt needles for precise application of the ...
store.schoonoverinc.com/tetwo60ccbov.html - 6k - Cached - Similar pages

## Schoonover, Inc. - Vacuum Equipment - Components Nor-Cal Products

**Tec-Lube** provides high performance lubrication for high vacuum and UHV systems. ...
**Tec-Lube** is an excellent lubricant under severe operating conditions. ...
www.schoonoverinc.com/products/components/**tec-lube**.htm - 26k -
Cached - Similar pages

### Schoonover, Inc. - Vacuum Product Catalog

**Tec-Lube** Vacuum Grease. 1 cc Syringe **Tec-Lube**. 120 cc Bottles of **Tec-Lube**.
Product Detail for Download. Vacuum Pumping. Rotary Vacuum Pumps ...
www.schoonoverinc.com/info/Vacuum%20Equipment%20Online%20Info%20Page-%
20Manuals,%20Product%20Info%20etc..htm - 39k - Cached - Similar pages

## Fil-Tech Part Search Results

EXHIBIT F   2/28/2007

Exhibit

# G

riwlaw@gmail.com | My Account | Sign out

Google

Web   Images   Video   News   Maps   more »

TORRLUBE                    Search   Advanced Search
                                     Preferences

## Web

Results **1 - 10** of about **235** for **TORRLUBE**. (0.19 seconds)

TorrLube Company - The Unrivaled leader in High Vacuum Lubrication
NEW WEBSITE UNDER CONSTRUCTION. PLEASE VISIT US AGAIN SOON.
www.torrlube.com/ - 10k -

TorrLube
How much lead time do you need for an order of **TorrLube**? We keep **TorrLube** in stock, so
we can usually ship the same day if we get the purchase order before ...
www.torrlube.com/qa.asp - 15k -

Hydrocarbon Vacuum Grease
**TorrLube**. This high vacuum lubricant formulated for lubricating sliding and rotating seals at
10-8 Torr, conforming to the requirements of the semiconductor ...
www.lesker.com/newweb/Vacuum_Fluids/Greases_and_Lube_Oils/TorrLube.cfm?
CFID=778740&CFTOKEN=565211 - 19k -

Tec-Lube Industries - (866)651-8200
Tec-Lube is guaranteed to provide the same performance as **TorrLube**. ... TORRLUBE is a
registered trademark of The **TorrLube** Company, LLC. ...
www.tec-lube.com/faq.html - 13k -

Tec-Lube Industries - (866)651-8200
If you are currently using **TorrLube** for your high vacuum semiconductor ... Like **TorrLube**,
Tec-Lube does not interact to contaminate semiconductor devices ...
www.tec-lube.com/tec-lube.html - 14k -

TorrLube ExtremeGrease Cartridge
Click to enlarge Ships with one 30 cc cartridge and one plunger. 33733 $235.00.
thtgroup.com/torexcar.html - 4k - Supplemental Result -

Vacuum Specialty Lubricants
**TorrLube** Extreme Series Lubricants have excellent lubricity characteristics, which makes
them perfect for precision automation and safety valves. ...
www.thtgroup.com/vacuumgrease.html - 7k -

TESTBOURNE LTD - TORRLUBE™ LUBRICANT
Testbourne Ltd offer a wide selection of high purity materials, sensor crystals, thin film
controllers, electron microsopy (SEM, TEM), and ultra high vacuum ...
www.testbourne.com/pages/pumpoils/sealants/torrlube.htm - 8k - Supplemental Result -

Fil-Tech Part Search Results
TL100, $1000, The **TorrLube** Company, 14514, $1250 ... Tec-Lube is guaranteed to
provide identical performance to the industry leader, **TorrLube**. ...
www.filtech.com/p/QIPart.asp?QPart=PAR010000002202 - 8k -

Fil-Tech Part Search Results
TL100, $1000, The **TorrLube** Company, 14514, $1250. TL001, $85, The **TorrLube**
Company, 11711, $94 ... Quantity discounts available. **TorrLube** $1250/120 cc ...
www.filtech.us/p/QIPart.asp?QPart=PAR010000002201 - 8k -

http://www.google.com/search?sourceid=gmail&q=TORRLUBE                     3/6/2007

Exhibit

# G-1

Web   Images   Video   News   Maps   Gmail   more ▾          riwlaw@gmail.com | My Account | Sign out

Google

TorrLube                                  [ Search ]   Advanced Search
                                         New! View and manage your web history   Preferences

**Web**                        Results **11 - 20** of about 242 for **TorrLube**. (0.22 seconds)

## The TorrLube Company, LLC - Justia Blawgs.FM

Search for: "The **TorrLube** Company, LLC". Results 1 - 1 of 1. Sorted by Relevance |
Sort by Date. RSS Subscribe: 20 results | 100 results. Contains Audio ...
blawgsfm.justia.com/search.aspx?q=The+**TorrLube**+Company%2C+LLC - 15k -
Supplemental Result - Cached - Similar pages - Note this

## TorrLube图片

www.micron365.cn/micron365_View_Image_2730458.html - 3k - Supplemental Result -
Cached - Similar pages - Note this

### TorrLube- [ Translate this page ]
**TorrLube**由上海汇分电子科技有限公司供应，该产品简介:**TorrLube**?is the specifically
formulated lubricant for reducing friction to substantially increase t....
www.micron365.cn/micron365_Product_2730458.html - 35k - Supplemental Result -
Cached - Similar pages - Note this
[ More results from www.micron365.cn ]

## The TorrLube Company, LLC - Google Finance Search

Your search - The **TorrLube** Company, LLC - produced no matches. Suggestions:. Make
sure all words are spelled correctly. Try different keywords. ...
finance.google.com/finance?q=The+**TorrLube**+Company%2C+LLC - 8k - Supplemental
Result - Cached - Similar pages - Note this

## Fil-Tech Part Search Results

TL100, $1000, The **TorrLube** Company, 14514, $1450 ... Tec-Lube is guaranteed to
provide identical performance to the industry leader, **TorrLube**. ...
www.filtech.com/p/QIPart.asp?QPart=PAR010000002202 - 8k -
Cached - Similar pages - Note this

## TorrLube

**TorrLube**. This high vacuum lubricant formulated for lubricating sliding and rotating seals
at 10-8 Torr, conforming to the requirements of the semiconductor ...
www.ulet.co.kr/product/Vacuum%20Fluids/fluids/w7.htm - 13k - Supplemental Result -
Cached - Similar pages - Note this

## [PDF] CYNTHIA BURT

File Format: PDF/Adobe Acrobat - View as HTML
The **TorrLube** Company. Mentor Corporation. Sputtered Films. Katzkin Leather ...
**Torrlube**:. www.**torrlube**.com. FINE ARTS:. Memberships: ...

EXHIBIT G-1

www.cynthiaburt.com/assets/CynthiaBurt.pdf - Supplemental Result -
Similar pages - Note this

## TITLE - [ Translate this page ]

**TorrLube** Part Number 34534 **TorrLube** ExtremeGrease Part Number 33733 **Torrlube**
ExtremeOil lubricant Part Number 24524 Part Number 22722 ...
big5.mofcom.gov.cn/gate/big5/blog.mofcom.gov.cn/
aarticle/hgjj/200612/20061200012803.html - 51k - Cached - Similar pages - Note this

## [PDF] Silicone & PFPE Greases

File Format: PDF/Adobe Acrobat - View as HTML
High vacuum seal and lubricant. • Outstanding chemical and thermo-oxidative stability. ■
**TorrLube**. ®. High vacuum lubricant formulated for lubricating ...
lesker.com/newweb/fluids/pdf/Fluids_Greases_Silicone_PFPE_p21.pdf -
Similar pages - Note this

## tribolube

60164-51-4 Part Number 11711<br />TorrLube Part Number
34534 **TorrLube** ExtremeGrease Part Number 33733<br />**Torrlube**
ExtremeOil ...
www.bokeland.com/rss.php?blogId=1184&profile=rss20 - 64k - Supplemental Result -
Cached - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

---

TorrLube          [ Search ]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▾          riwlaw@gmail.com | My Account | Sign out

Google

TorrLube                                    Search    Advanced Search
                                            New! View and manage your web history    Preferences

Web                                Results **21 - 30** of about 242 for **TorrLube**. (0.23 seconds)

## Ben Clarke: ZoomInfo Business People Information
www.**torrlube**.com/html/contacts.html - [Cached] Published on: 11/12/2003 Last Visited:
11/12/2003 Ben Clarke Director of Marketing and Sales ben@**torrlube**.com ...
www.zoominfo.com/people/Clarke_Ben_390161604.aspx - 23k - Supplemental Result -
Cached - Similar pages - Note this

## Fil-Tech - New Products
Fil-Tech offers Tec-Lube TM, the same lubricant as **TorrLube**, at 10% savings. Tec-Lube
dramatically increases bearing life in vacuum and semiconductor ...
www.filtech.com/p/NewProducts.asp - 24k - Cached - Similar pages - Note this

## FT.com / Search
31-40 of 602085 FT Articles results for The **TorrLube** Company, LLC v. Tec-Lube
Industries, Inc. et al. Sort by: Relevance | Date. Email | Bookmark ...
search.ft.com/search?page=4&queryText=The+**TorrLube**+Company%2C+LLC+v.+Tec-
Lube+Industries%2C+Inc.+et+al - 124k - Supplemental Result -
Cached - Similar pages - Note this

### FT.com / Search
51-60 of 595227 FT Articles results for The **TorrLube** Company, LLC. Sort by:
Relevance | Date. Email | Bookmark. Wave of petrodollars hits UK ...Travelodge. ...
search.ft.com/search?page=6&queryText=The+**TorrLube**+Company%2C+LLC - 121k -
Supplemental Result - Cached - Similar pages - Note this

## LUBRICANT Brands
**TORRLUBE** Info, **TORRLUBE** COMPANY, LLC, THE Info. TREATS THE METAL, NOT
THE OIL Info, Justice Brothers, Inc. Info. TREATS THE METAL, NOT THE OIL Info ...
www.findownersearch.com/category/LUBRICANT/ - 35k - Supplemental Result -
Cached - Similar pages - Note this

## **Torrlube** Company LLC, Santa Barbara, CA 93101
Detail information for **Torrlube** Company LLC Santa Barbara CA 93101.
yellowpages.turnto23.com/**Torrlube**+Company+LLC.262131.46367830.home.html - 18k -
Supplemental Result - Cached - Similar pages - Note this

## Vacuum Technology & Coating
**TorrLube** is the specifically formulated lubricant for reducing friction to ... When applied
sparingly to O-Rings and feedthroughs, **TorrLube**'s excellent ...
www.vactechmag.com/showcase/index_0107.html - 100k -
Cached - Similar pages - Note this

## Howell Moore & Gough Attorneys at Law
The **Torrlube** Company, LLC, www.**torrlube**.com. Real Estate/Title. Equity Title Co.
www.equitytitle.com. Lawyers Title Company, www.landam.com ...
www.hmglaw.com/clients.php - 23k - Supplemental Result -
Cached - Similar pages - Note this

## <![CDATA[Anchor Blog]]>
202.119.47.10/nrmis/pwblog/rss.php?uid=24 - 65k - Supplemental Result -
Cached - Similar pages - Note this

## Zimmerman, Magistrate Judge Bernard
04:00 PM, E-The **TorrLube** Company v. TEC-Lube Industries Inc., et al. C07-1841 BZ -
CMC. -----------. Tuesday 07/10/2007. 09:00 AM, E-D. ...
www.cand.uscourts.gov/.../572d47d88520f842882566a2007f2b59/
e21c3ff30902b4bc882566a30060ea70?OpenDocument - 5k -
Cached - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12   **Next**

---

TorrLube          [ Search ]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Exhibit

# H

torrlube - Ask.com Web Sear



Web · Images · News · Blogs & Feeds · Shopping · More »

torrlube

[ Search ]   Advanced Sea

## Web Search

Showing results 1-10 of 55

### Tec-Lube: Better Choice

Sponsored Results

Identical Lubricant 20% Cost Savings!
www.tec-lube.com

## TorrLube Company - The Unrivaled leader in High Vacuum Lubrication

In the same tests, **TorrLube** continued to perform after 5,399,150 revolutions. **TorrLube** extended the life of the vacuum seal 36 times longer ...

www.**torrlube**.com/ · Save

### TorrLube

**TorrLube** made its debut in the semiconductor market in the early 1980s. For almost 10 years prior to that, Scientists and Engineers at ...

www.**torrlube**.com/properties.html · Save
More Results from www.torrlube.com

## TorrLube, 1cc Dispenser

A specifically formulated lubricant for reducing friction, substancially increasing the life of moving components in high vacuum applications.

www.thtgroup.com/tor1ccdis.html · Save

### TorrLube ExtremeGrease Cartridge

Ships with one 30 cc cartridge and one plunger. 33733 $235.00
www.thtgroup.com/torexcar.html · Save
More Results from www.thtgroup.com

## TESTBOURNE LTD - TORRLUBE™ LUBRICANT

**TorrLube** ™ is the specially formulated lubricant for reducing friction and substantially increasing the life of moving components in high ...

www.testborn.com/pages/pumpoils/sealants/**torrlube**.htm · Save

## The Torrlube Company Llc | Santa Barbara, California (CA) | Company ...

The **Torrlube** Company Llc in Santa Barbara, CA | Mfg Lubrication

EXHIBIT

H

Exhibit

I

TorrLube - Yahoo! Search Results

Page 1 of 2

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]

Advertiser Sign In   Help

**YAHOO!** SEARCH   TorrLube

Web | Images | Video | Local | Shopping | more

Answers

**Search Results**

1 - 10 of about 146 for **TorrLube** - 1.01 sec.   (About this page)

1. **TorrLube** Company - The Unrivaled leader in High Vacuum Lubrication
   ... Nye, Apeizon, Braycote, Low outgassing, Automation, Bearing, O-ring, **TorrLube** ... **TorrLube**® is the specifically formulated lubricant for reducing friction to ...
   www.**torrlube**.com - 8k - Cached - More from this site

2. **TorrLube**
   How much does **TorrLube** cost? ... How much lead time do you need for an order of **TorrLube**? We keep **TorrLube** in stock, so we can usually ship the same day if ...
   www.**torrlube**.com/qa.asp - 15k - Cached - More from this site

3. **TorrLube**
   Ultra fine refined lubricant for use in vacuum systems. ... **TorrLube** is a lubricant specifically formulated to work under extreme pressure ...
   laddresearch.com/General_Catalog/Chapter_11/.../**TorrLube**/torrlube.html - 20k - Cached - More from this site

4. TESTBOURNE LTD - **TORRLUBE**_ LUBRICANT
   **TorrLube**_ is the specially formulated lubricant for reducing friction ... Silicone Oil. **TORRLUBE**_ LUBRICANT. A Special Low-Outgassing Lubricant for High ...
   www.testbourne.com/pages/pumpoils/sealants/**torrlube**.htm - 7k - Cached - More from this site

5. **TorrLube**, 1cc Dispenser
   A specifically formulated lubricant for reducing friction, substancially ... 11711 $115.00 ...
   www.thtgroup.com/tor1ccdis.html - 3k - Cached - More from this site

6. fomblin
   **Torrlube** ExtremeOil lubricant Part Number 24524 Part Number 22722 ... **TorrLube** High Vacuum and High Temperature Lubricants and Greases ...
   blog.spn.com.cn/2763 - 105k - Cached - More from this site

7. Tec-Lube Lubricant
   Tec-Lube - The affordable alternative to **TorrLube**(tm) ... guaranteed to provide identical perfromance to the industry leader, **TorrLube**(tm) ...
   www.semsupplies.com/Tec-Lube.html - 5k - Cached - More from this site

EXHIBIT I

Exhibit

J

 **Live Search** | torrlube | [🔍] | Sign in 🔒

Web  Images  News  Maps  Classifieds  More▼

**torrlube** Page 1 of 40 results · Options · Advanced

TorrLube Company - The Unrivaled leader in High Vacuum Lubrication
The Unrivaled leader in High Vacuum Lubrication ... is the specifically formulated
lubricant for reducing friction to substantially increase the ...
www.**torrlube**.com · Cached page

> TorrLube
> The **TorrLube** Company, LLC 133 E. De La Guerra, #134 Santa Barbara, CA
> 93101. Tel: (805) 682-5166 Toll Free in the USA: (877) 867-7582 Fax: (805)
> 682-0250 sales@**torrlube**.com
> www.**torrlube**.com/contacts.asp · Cached page
> +Show more results from www.torrlube.com

TESTBOURNE LTD - **TORRLUBE**™ LUBRICANT
Testbourne Ltd offer a wide selection of high purity materials, sensor crystals,
thin film ... A Special Low-Outgassing Lubricant for High Vacuum Applications.
Features. Unsurpassed lubricating ...
www.testbourne.com/pages/pumpoils/sealants/**torrlube**.htm · Cached page

**TorrLube** High Vacuum Lubricant
High vacuum lubricant formulated for lubricating sliding and rotating seals at 10 -
8 Torr. Features: No evidence of reaction with fluorine at 200° C, chlorine
trifluoride at 50° C, molten NaOH ...
www.lesker.com/newweb/fluids/greases_lubricating_misc.cfm?pgid=**torrlube** ·
Cached page

> www.lesker.com
> www.lesker.com/newweb/fluids/MSDS/**torrlube**.pdf · Cached page · PDF file
> +Show more results from www.lesker.com

**TorrLube**
Ultra fine refined lubricant for use in vacuum systems. ... is the specifically to us used
Court Williston, VT 05495. Telephone: (800) 451-3406 (USA and Canada) and
www.laddresearch.com/General_Catalog/Chapter_11/Miscellaneous_Vacuum_Access
essori/**TorrLube**/to... · Cached page

Tec-Lube Industries - (866)651-8200
What you should know about Tec-Lube. Is there a difference between Tec-Lube
and **TorrLube**? Tec-Lube is guaranteed to provide the same performance as
**TorrLube**.
www.tec-lube.com/faq.html · Cached page

> Tec-Lube Industries - (866)651-8200
> Tec-Lube 1 cc Syringe Tec-Lube 2 x 60 cc Bottles Tec-Lube Specifications. If

EXHIBIT J

 Live Search | site:www.tec-lube.com torrlube | 🔍 | Sign in 🔈

| **Web** | Images | News | Maps | Classifieds | More▾ |

**site:www.tec-lube.com torrlube** Page 1 of 5 results ·
Options · Advanced

Were you looking for site:*www.tc-lube.com* torrlube ?

Tec-Lube Industries - (866)651-8200
What you should know about Tec-Lube.
Is there a difference between Tec-Lube
and **TorrLube**? Tec-Lube is guaranteed
to provide the same performance as
**TorrLube**.
www.tec-lube.com/faq.html · Cached
page

Tec-Lube Industries - (866)651-8200
Tec-Lube 1 cc Syringe Tec-Lube 2 x 60
cc Bottles Tec-Lube Specifications. If
you are currently using **TorrLube** for
your high vacuum semiconductor
applications ...
www.tec-lube.com/tec-lube.html ·
Cached page

Tec-Lube Industries - (866)651-8200
Existing **TorrLube** Customers: We want
you to make the switch. Click here and
we will send you a free sample ...
www.tec-lube.com/index.html · Cached
page

Tec-Lube Industries - (866)651-8200
Tec-Lube . Compare our specifications
to **TorrLube**. Vapor Pressure: @ 38° C
@ 260° C : 6x10 -9 torr 3x10 -4 torr.
Viscosity: @ 38° C @ 99° C: 500
centistokes
www.tec-lube.com/specifications.html ·
Cached page

SPONSORED SITES

Tec-Lube Industries - (866)651-8200
For your free syringe, or for an
immediate response to ... Do you
currently use **TorrLube**?
www.tec-lube.com/contact.html ·
Cached page

Were you looking for site:**www.tc-lube.com** torrlube ?

Www Tec
Learn about Www Tec.
www.shopica.com

Compare prices and save
Find Com-Tec at
Smarter.com
www.smarter.com

Deal or No Deal?
Get $500 Cold Cash. Choose
100K Cash or Briefcase click
for details!
www.NBCDealorNoDeal.com

See your message here...

Didn't find an answer? Ask a real person on Live QnA

Learn more about the
new Live Search.  site:www.tec-lube.com torrlube

© 2007 Microsoft   Trademarks  |  Privacy  |  Legal  |  For Site Owners

Help Central  |  Account  |  Feedback

Mail   Calendar   Documents   Photos   Groups   Web   more ▾

riwlaw@gmail.com | Settings | Help | Sign out

G**Mail**
‑talk◯    BETA

Compose Mail

Inbox (208)
Starred ☆
Chats ♡
Sent Mail
Drafts
All Mail
Spam (8)
Trash

**Contacts**

▾ Quick Contacts
Search, add, or invite

● Richard Wideman
Set status here          ▾

Andrew Black
Andrew Clarke
Ben Clarke
Dee Pridgen
Jeremy Boden...
Joe Bishop
John Black
Jonathan Wide...
Ryan Dunlavey
Kristina Novak

▾ Labels

Forbes.com: Most Popular Stories - 7 Ways Your Site Can Be Sabotaged - 2 days ago

[ Search Mail ]  [ Search the Web ]   Show search options
                                        Create a filter

« Back to Inbox   [ Archive ]  [ Report Spam ]  [ Delete ]   More actions...        ‹ Newer 2 of 828
                                                                                      Older ›

## 7-13-07 Tec-Lube   Inbox

☆  "sales@torrlube.com"  show details 8:34 am (1 hour ago)  ↰ Reply

Microsoft "Live Serach" this morning. I typed in TorrLube and Tec-
Lube was the 6th on the page. I printed it.

Ben

● Tec-Lube Industries - (866)651-8200

What you should know about Tec-Lube. Is there a difference between Tec-
Lube and **TorrLube**? Tec-Lube is guaranteed to provide the same
performance as **TorrLube**.

● · www.tec-lube.com/faq.html
● · Cached page

● Tec-Lube Industries - (866)651-8200

Tec-Lube 1 cc Syringe Tec-Lube 2 x 60 cc Bottles Tec-Lube Specifications.
If you are currently using **TorrLube** for your high vacuum semiconductor
applications ....

● www.tec-lube.com/tec-lube.html
● · Cached page
● +Show more results from www.tec-lube.com

Web Clip  ‹ ∧ ∨ ›

🗗 New window
🖶 Print all
⊞ Expand all
⊞ Forward all

                          Sponsored Link

Save big on air compresso
Online air compressors sup
www.air-compressors.ws

Local Courts - Cases, Cod
Opinions, Info. All Free at I
www.FindLaw.com

Top quality SCBA compres
cascade systems & fill con
www.NorthShoreCompres:

                     About these link

Compose Mail

Edit labels

Invite a friendShow all
Give Gmail to:

▼ Labels

Kristina Novak
Ryan Dunlavey
Jonathan Wide...
John Black
Joe Bishop
Jeremy Boden...
Dee Pridgen
Ben Clarke
Andrew Clarke
Andrew Black

Set status here          ▼
● Richard Wideman

Search, add, or invite
▼ Quick Contacts

Contacts

Trash
Spam (8)
All Mail
Sent Mail

Send Invite   99 left

Give Gmail
Chats
Starred ☆
● Invite a friendShow all
Inbox (208)

Compose Mail labels

↰ Reply   ↰ Reply to all   ↳ Forward   Invite sales@torrlube.com to Gmail

☆ ● Richard Wideman Dear Mr. Cook. It seems ; 9:14 am (28 minutes ago)
☆ ● Richard Wideman BEN: Thanks. PRINT to e 9:29 am (13 minutes ago)
☆ ● Richard Wideman  show details 9:31 am (10 minutes ago)  ↰ Reply

I called the number and spoke to Renee (a girl). She is in
California, not Boston. I asked specifically. THIS IS NTO EXACTLY
WHAT THEY TOLD US, IS IT?   Richard

On 7/13/07, sales@torrlube.com <sales@torrlube.com> wrote:
⌄
- Show quoted text -

↰ Reply   ↰ Reply to all   ↳ Forward

« Back to Inbox   [ Archive ]   [ Report Spam ]   [ Delete ]   More actions...

Import contacts from Yahoo, Outlook, and others into your Gmail contact list.
Learn more

You are currently using 435 MB (15%) of your 2875 MB.
Gmail view: standard with chat | standard without chat | basic HTML  Learn more

©2007 Google - Terms of Use - Privacy Policy - Program Policies - Google Home

‹ Newer 2 of 828
Older ›