ROGER J. BROTHERS (State Bar No. 118622)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Defendants, FIL-TECH INC., a Massachusetts corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIL-TECH WEST, a corporation; TEC-LUBE INDUSTRIES, a corporation; FIL-TECH INC., a corporation,<br><br>Defendants. | Case No. CV 07 1841 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: MEDIATION**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Trial Date: Not Set |

IT IS HEREBY STIPULATED between the parties that the deadline for the attendance of a judicially-mandated mediation on this matter shall be continued to December 31, 2007, due to the fact that defendant, Fil-Tech, Inc., a Massachusetts corporation ("FIL-TECH."), was brought into the matter on August 14, 2007. The current mediation deadline set by this Court of October 8, 2007 is agreed to be prejudicial to FIL-TECH. Good cause has been demonstrated by the parties for this continuance.

///

///

///

Dated: September __, 2007

By: _____
Richard Irwin Wideman
Attorney for Plaintiff
Plaintiff, The Torrlube Company, LLC

Dated: September ___, 2007         LAW OFFICES OF KIRK B. FREEMAN

By: _____
Kirk B. Freeman
Matthew Alan Mallet
Attorneys for Plaintiff
Plaintiff, The Torrlube Company, LLC

Dated: September __, 2007         THOMAS COOK INTELLECTUAL PROPERTY ATTORNEYS

By: _____
Thomas W. Cook
Attorneys for Defendants
Tec-Lube Industries, Inc. and Fil-Tech West, Inc.

Dated: September 13, 2007         MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
Roger J. Brothers
Noah G. Blechman
Attorneys for Defendant
Defendant, FIL-TECH INC., a Massachusetts corporation

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Dated: September __, 2007

3    By: _____
4         Richard Irwin Wideman
         Attorney for Plaintiff
         Plaintiff, The Torrlube Company, LLC

6    Dated: September 10, 2007    LAW OFFICES OF KIRK B. FREEMAN

8    By: _/s/ Kirk B. Freeman_
         Kirk B. Freeman
         Matthew Alan Mallet
         Attorneys for Plaintiff
         Plaintiff, The Torrlube Company, LLC

12    Dated: September __, 2007    THOMAS COOK INTELLECTUAL PROPERTY ATTORNEYS

14    By: _____
         Thomas W. Cook
         Attorneys for Defendants
         Tec-Lube Industries, Inc. and Fil-Tech West, Inc.

17    Dated: September __, 2007    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

20    By: _____
         Roger J. Brothers
         Noah G. Blechman
         Attorneys for Defendant
         Defendant, FIL-TECH INC., a Massachusetts corporation

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

2

STIPULATION AND PROPOSED ORDER FOR MEDIATION

1 | Dated: September ___, 2007

2

3 | By: _____
4 | Richard Irwin Wideman
   | Attorney for Plaintiff
   | Plaintiff, The Torrlube Company, LLC
5

6 | Dated: September ___, 2007    LAW OFFICES OF KIRK B. FREEMAN

7

8 | By: _____
   | Kirk B. Freeman
9 | Matthew Alan Mallet
   | Attorneys for Plaintiff
10 | Plaintiff, The Torrlube Company, LLC

11

12 | Dated: September 10, 2007    THOMAS COOK INTELLECTUAL PROPERTY ATTORNEYS

13

14 | By: _____
   | Thomas W. Cook
15 | Attorneys for Defendants
   | Tec-Lube Industries, Inc. and Fil-Tech West, Inc.
16

17 | Dated: September ___, 2007    McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
18 | PFALZER, BORGES & BROTHERS LLP

19

20 | By: _____
   | Roger J. Brothers
21 | Noah G. Blechman
   | Attorneys for Defendant
22 | Defendant, FIL-TECH INC., a Massachusetts
   | corporation
23

24

25

26

27

28

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## ORDER

The deadline for Mediation between the parties is ~~reset~~ continued to December 31, 2007.

IT IS SO ORDERED.

Dated: September 14, 2007

*Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Court Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

K:\FILT\5001\Pleadings\Stipulation & proposed Order.doc

3

STIPULATION AND PROPOSED ORDER FOR MEDIATION