RICHARD I. WIDEMAN, Esq.   (SB #41185)
1607 Mission Drive #202
Solvang, CA 93463
(805) 245-8916   FAX (805) 688-9424
riwlaw@gmail.com
LAW OFFICES OF KIRK B. FREEMAN.
Kirk B. Freeman, Esq.        (SB # 99685)
Matthew A. Mallet, Esq.      (SB # 203393)
214 Grant Avenue #301
San Francisco, CA 94108
(415) 398-1082   FAX (415) 391-1285
kirk@kbflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FIL-TECH WEST, a corporation; FIL-TECH INC., a corporation.<br><br>    Defendants | No. C 07 1841 MMC<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

A Stipulation having been submitted by all parties pursuant to the Court's "Standing Orders" and good cause appearing therefore,

It is HEREBY ORDERED that the Case Management Conference now set for October 12, 2007 be and hereby is continued to October 26, 2007 at 10:30 AM.

Dated:   September 27, 2007

*(signed)* Maxine M. Chesney
MAXINE M. CHESNEY
UNITED STATE DISTRICT JUDGE

- 1 -
ORDER