1  RICHARD I. WIDEMAN, Esq.   (SB #41185)
   1607 Mission Drive #202
2  Solvang, CA 93463
   (805)245-8916   FAX (805) 688-9424
3  riwlaw@gmail.com
   LAW OFFICES OF KIRK B. FREEMAN.
4  Kirk B. Freeman, Esq.       (SB # 99685)
   Matthew A. Mallet, Esq.     (SB # 203393)
5  214 Grant Avenue #301
   San Francisco, CA 94108
6  (415) 398-1082   FAX (415) 391-1285
   kirk@kbflaw.com
7  Attorneys for Plaintiff

8                 UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO/OAKLAND DIVISION
11

12 THE TORRLUBE COMPANY, LLC,         )
                                      )   No.  C 07 1841 MMC
13       Plaintiff,                   )
                                      )
14    vs.                             )   PERMANENT INJUNCTION
                                      )
15                                    )
   FIL-TECH WEST, a corporation; FIL- )
16 TECH INC, a corporation            )
                                      )
17                                    )
         Defendants                   )
18                                    )
                                      )
19

20       It is hereby stipulated by and between plaintiff The TorrLube Company LLC and defendant
21 Fil Tech West Inc dba Tec-Lube Industries, as part of the resolution of this case as between these
22 parties and subject to the approval of the Court, as follows:   Fil-Tech West Inc. ("FTW"), for
23 itself and its agents, servants, employees, successors and assigns, shall be hereafter enjoined and
24 restrained from
25
26       a.   Causing any advertising to be placed in which the advertising claims, in
27            words, substance or effect, that FTW's lubricants are "identical to" or "the same as"
28            or have the "same performance as" either "TorrLube" or "the leading brand;"

                                        1
                               PERMANENT INJUNCTION

    b.    Publishing any statement in its own or other web sites on the Internet which claim, in words, substance or effect that FTW's lubricants are "identical to" or "the same as" or have the "same performance as" either "TorrLube" or "the leading brand;"

    c.    Adopting in or as any domain name, or encode in any header or any metatag for any domain names, the word "torrlube' (in any form or variation) or pay for placement with any web search engine, so as to cause its web site to appear as a search result or provide a "link" thereto, when "TorrLube" is searched on the Internet;

    d.    Marketing any lubricants using the name "Tec-Lube" (in any form or variation) as a trademark, service mark or trade name, with or without any other components – including not claiming any lubricant sold by FTW is "identical to", "the same as" or performs identical to" in words, substance or effect, "Tec-Lube";

    e.    Re-packaging, or re-selling under any other name, Krytox 143 AD lubricant for a period of three years.

This Injunction shall remain in force after the "Dismissal" of the lawsuit as to Fil-Tech West Inc. and until further Order of the Court. Each party hereto shall bear its own costs.

DATED: September 24, 2007

THOMAS COOK, Esq.
Attorney for Fil Tech West, Inc.

RICHARD I. WIDEMAN, Esq.
and
LAW OFFICES OF KIRK B. FREEMAN.

BY: RICHARD I. WIDEMAN, ESQ.
Attorneys for THE TORRLUBE COMPANY LLC

IT IS SO ORDERED this 27th day of September, 2007

Hon. Maxine M. Chesney
United States District Judge

PERMANENT INJUNCTION