```
RICHARD I. WIDEMAN, Esq.   (SB #41185)
1607 Mission Drive #202
Solvang, CA  93463
(805)245-8916    FAX (805) 688-9424
riwlaw@gmail.com
LAW OFFICES OF KIRK B. FREEMAN.
Kirk B. Freeman, Esq.       (SB # 99685)
Matthew A. Mallet, Esq.    (SB # 203393)
214 Grant Avenue #301
San Francisco, CA  94108
(415) 398-1082   FAX (415) 391-1285
kirk@kbflaw.com
Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC, <br><br>    Plaintiff, <br><br> vs. <br><br> FIL-TECH WEST, a corporation; FIL-TECH INC., a corporation. <br><br>    Defendants | No.  C 07 1841 MMC <br><br> REQUEST FOR DISMISSAL OF FIL-TECH WEST INC and ORDER <br><br> [Rule 41 (b), FRCP] |

Plaintiff The TorrLube Company LLC, having entered into a settlement with defendant Fil Tech West Inc. (ONLY), and said settlement having been fully performed, hereby requests that the action be DISMISSED with prejudice as against Fil Tech West Inc only, with the Stipulated Permanent Injunction to remain in full force and effect.  Each party to bear its own costs.

RICHARD I. WIDEMAN, Esq.
Law Offices of KIRK FREEMAN

By: _____
RICHARD I. WIDEMAN, Esq.
Attorneys for The TorrLube Company LLC

- 1 -

REQUEST FOR DISMISSAL and ORDER

## ORDER OF DISMISSAL

It is SO ORDERED. Fil Tech West, Inc. is dismissed with the Permanent Injunction to remain in full force and effect.

Dated:   October 16, 2007

_____
MAXINE M. CHESNEY
UNITED STATE DISTRICT JUDGE