United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC, | No. C 07-1841 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TEC-LUBE INDUSTRIES, INC., et al., | |
| Defendants / | |

The court-appointed mediator having advised the Court that the parties have agreed to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

The Case Management Conference scheduled for January 11, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: December 27, 2007

MAXINE M. CHESNEY
United States District Judge