ORIGINAL

RICHARD I. WIDEMAN, Esq.   (SB #41185)
1607 Mission Drive #202
Solvang, CA  93463
(805)245-8916   FAX (805) 688-9424
riwlaw@gmail.com
LAW OFFICES OF KIRK B. FREEMAN.
Kirk B. Freeman, Esq.         (SB # 99685)
Matthew A. Mallet, Esq.      (SB # 203393)
214 Grant Avenue #301
San Francisco, CA  94108
(415) 398-1082   FAX (415) 391-1285
kirk@kbflaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE TORRLUBE COMPANY, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>FIL-TECH WEST, a corporation; FIL-TECH INC, a corporation<br><br>　　　Defendants | No.  C 07 1841 MMC<br><br>PERMANENT INJUNCTION<br>(Fil Tech Inc.) |

It is hereby stipulated by and between plaintiff The TorrLube Company LLC and defendant Fil Tech Inc, as part of the resolution of this case as between these parties and subject to the approval of the Court, as follows: Fil-Tech Inc. ("FTI") , for itself and its agents, servants, employees, successors and assigns, shall be hereafter enjoined and restrained from

　　　a.　　Causing any advertising to be placed in which the advertising claims, in words, substance or effect, that FTI's lubricants are "identical to" or "the same as" or have the "same performance as" either "TorrLube" or "the leading brand;"

b. Publishing any statement in its own or other web sites on the Internet which claim, in words, substance or effect that FTI's lubricants are "identical to" or "the same as" or have the "same performance as" either "TorrLube" or "the leading brand;"

c. Adopting in or as any domain name, or encode in any header or any metatag for any domain names, the word "torrlube' (in any form or variation) or pay for placement with any web search engine, so as to cause its web site to appear as a search result or provide a "link" thereto, when "TorrLube" is searched on the Internet;

d. Marketing any lubricants using the name "Tec-Lube" (in any form or variation) as a trademark, service mark or trade name, with or without any other components – including not claiming any lubricant sold by FTW is "identical to", "the same as" or performs identical to" in words, substance or effect, "Tec-Lube."

This Injunction shall remain in force after the "Dismissal" of the lawsuit as to Fil-Tech Inc. and until further Order of the Court. Each party hereto shall bear its own costs.

DATED: December 12, 2007

McNAMARA, DODGE, et al

_____
ROGER BROTHERS, Esq.
Attorneys for Fil Tech, Inc.

RICHARD I. WIDEMAN, Esq.
and
LAW OFFICES OF KIRK B. FREEMAN.

BY: _____
RICHARD I. WIDEMAN, ESQ.
Attorneys for THE TORRLUBE COMPANY LLC

IT IS SO ORDERED this 29th day of January, 2008

_____
Hon. Maxine M. Chesney
United States District Judge